UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: **Fernando Enriquez, Jr.** ) Case No.
)
)
) **STATEMENT OF WITNESS TO**
) **SIGNING OF DOCUMENT**
Debtor(s) )
)

The undersigned states under penalty of perjury that he/she witnessed the signing of the following document(s) by the person(s) indicated thereon.

☑ Voluntary Petition

☑ Declaration Concerning Debtor's Schedules

☑ Statement of Social Security Number

☑ Statement of Affairs

☐ Other:

Dated: **April 25, 2022**

/s/ Benjamin J. Riley
Witness Signature

**Benjamin J. Riley**
Witness Name (printed or typed)

Address: **1112 Meade Ave.**

**Prosser, WA 99350**